FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Jun 01, 2026

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| GEORGIE ANUFRIEV,<br><br>                    Plaintiff,<br><br>    v.<br><br>THOMPSONS AUTO AND TRUCK CENTER, WESTERN INTERNATIONAL RECOVERY BUREAU OF SPOKANE WASHINGTON, SHANNON BURKE,<br><br>                    Defendants. | NO. 2:25-CV-0516-TOR<br><br>ORDER DENYING RECONSIDERATION |

BEFORE THE COURT is Plaintiff's Motion for Reconsideration (ECF No. 19).  This matter was submitted for consideration without oral argument.  The Court has reviewed the record and files herein and is fully informed.  For the reasons discussed below, Plaintiff's motion is **DENIED**.

//

//

ORDER DENYING RECONSIDERATION ~ 1

## DISCUSSION

Plaintiff moves the Court to reconsider its Order (ECF No. 18) dismissing Defendants Jeff Leikauf, John Nowels, and Michael Ivanov without prejudice.

Motions for reconsideration are generally disfavored. "Reconsideration is appropriate if the district court (1) is presented with newly discovered evidence, (2) committed clear error or the initial decision was manifestly unjust, or (3) if there is an intervening change in controlling law." *Sch. Dist. No. 1J, Multnomah Cty., Or. v. ACandS, Inc.*, 5 F.3d 1255, 1263 (9th Cir. 1993); *United Nat. Ins. Co. v. Spectrum Worldwide, Inc.*, 555 F.3d 772, 780 (9th Cir. 2009). "There may also be other, highly unusual, circumstances warranting reconsideration." *Sch. Dist. No. 1J*, 5 F.3d at 1263.

The Court previously dismissed the named Defendants after Plaintiff failed to respond to their motion to dismiss for lack of personal jurisdiction (ECF No. 11). Plaintiff's present motion does not address his failure to respond, nor has he identified an intervening change in the law, submitted any new evidence, or demonstrated the Court committed clear error that was manifestly unjust. Thus, Plaintiff has not provided any grounds upon which the Court can grant his motion.

//

//

//

ORDER DENYING RECONSIDERATION ~ 2

**ACCORDINGLY, IT IS HEREBY ORDERED:**

1. Plaintiff's Motion for Reconsideration (ECF No. 19) is **DENIED**.

The District Court Executive is directed to enter this Order and furnish copies to counsel.

DATED June 1, 2026.



THOMAS O. RICE
United States District Judge

ORDER DENYING RECONSIDERATION ~ 3