AO 450 (Rev. 11/11) Judgment in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Oct 28, 2026

SEAN F. MCAVOY, CLERK

GEORGIE ANUFRIEV,

*Plaintiff*

v.

THOMPSONS AUTO AND TRUCK CENTER, WESTERN INTERNATIONAL RECOVERY BUREAU OF SPOKANE WASHINGTON, and SHANNON BURK

*Defendant*

Civil Action No. 2:25-CV-00516-ACE

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

❒ the plaintiff *(name)* __________ recover from the defendant *(name)* __________ the amount of __________ dollars ($ _____ ), which includes prejudgment interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

❒ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* __________ recover costs from the plaintiff *(name)* __________ .

☑ other: Defendants' Motion for Summary Judgment (ECF No. 28) is GRANTED.
Plaintiff's claim against Defendants is DISMISSED WITH PREJUDICE.
Judgment is entered in favor of Defendants.

This action was *(check one)*:

❒ tried by a jury with Judge __________ presiding, and the jury has rendered a verdict.

❒ tried by Judge __________ without a jury and the above decision was reached.

☑ decided by Judge ALEXANDER C. EKSTROM

Date: 10/28/2026

*CLERK OF COURT*

s/Sean F. McAvoy

*Signature of Clerk*